**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6130**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

SEAN DARNELL FOWLKES,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Catherine C. Blake, District Judge. (1:10-cr-00332-CCB-1)

Submitted:  June 24, 2013          Decided:  July 15, 2013

Before GREGORY, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sean Darnell Fowlkes, Appellant Pro Se.  Michael Clayton Hanlon, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Darnell Fowlkes appeals the district court's orders denying his motion to dismiss the indictment and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Fowlkes, No. 1:10-cr-00332-CCB-1 (D. Md. Nov. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED